# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**LARRY POPE,**

    Plaintiff,

v.

**WAL-MART STORES, INC. and WAL-MART STORES EAST, L.P. (Delaware) d/b/a WAL-MART**,

    Defendants.

Civil Action No. 7:13-CV-54 (HL)

## ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. 9). Defendants have consented to the motion. (Doc. 13). Accordingly, the Motion to Remand is granted. This case is remanded to the Superior Court of Lowndes County.

**SO ORDERED**, this the 12th day of June, 2013.

                *s/Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh